## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RENARD POLK, | ) | 3:14-CV-0073-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 18, 2014 |
| KELLY BELANGER, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for sanctions and/or demand for trial (#22). Defendants opposed the motion for sanctions (#23). No reply was filed.

As accurately stated by defendants, plaintiff demanded a jury trial in his complaint (#6). Therefore, the portion of plaintiff's motion demanding a jury trial is **moot**. Plaintiff's motion for sanctions (#22) is without merit and is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk