UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RENARD POLK, | ) | |
| Plaintiff, | ) | 3:14-CV-0073-MMD (VPC) |
| vs. | ) | |
| KELLY BELANGER, *et al.*, | ) | **ORDER** |
| Defendants. | ) | |

In this civil rights action, brought *pro se* by prisoner Renard Polk, the plaintiff has filed a motion to disqualify and/or sanction U.S. Magistrate Judge (#51), requesting that the undersigned recuse herself from the case. Plaintiff points to the court's minute order (#45) as the basis for the request for recusal.

Recusal is governed by 28 U.S.C. §§ 144 and 455. Under section 144, a party seeking recusal must set forth, in an affidavit, facts and reasons for the belief that bias or prejudice exists. *See* 28 U.S.C. § 144. The standard for recusal under sections 144 and 455 is "whether a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." *United States v. Studley*, 783 F.2d 934, 939 (9th Cir. 1986). The alleged prejudice must result from an extrajudicial source; a judge's prior adverse ruling is not sufficient cause for

1 | recusal. *Id*. The challenged judge should rule on the legal sufficiency of the recusal motion in the
2 | first instance *Id*. at 940.  Plaintiff's motion (#51) is without merit.  Plaintiff has shown no reason for
3 | this judge's impartiality in this case to be questioned.

4 |      **IT IS THEREFORE ORDERED** that plaintiff's motion to disqualify and/or sanction U.S.
5 | Magistrate Judge (#51) is **DENIED**.

6 |      Dated: June 24, 2015.

                                                                   /s/ Valerie P. Cooke
                                                        UNITED STATES MAGISTRATE JUDGE