UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RENARD T. POLK,<br><br>                    Plaintiff,<br>    v.<br><br>KELLY BELLANGER, et al.,<br><br>                    Defendants. | Case No. 3:14-cv-00073-MMD-VPC<br><br>ORDER |

    Plaintiff sent a letter to the Clerk of the Court requesting certain documents in this case. (Dkt. no. 75.) A document requesting action by the Court must be styled as a motion, not a letter (*see* F.R.C.P. 7). Letters to the Court will be disregarded. The Court will not take any action in response to the letter.

    DATED THIS 28th day of October 2015.

                                                    MIRANDA M. DU<br>
                                                    UNITED STATES DISTRICT JUDGE